IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| : | Chapter 13 |
| Lester L. Speese : | Case No 24-12357-amc |
| Debtor : | |
| : | |

**MOTION TO EXTEND TIME FOR THE DEBTOR TO FILE HIS SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS PURSUANT TO BANKRUPTCY RULE 1007(c)**

1. The above-captioned Chapter 13 Bankruptcy was filed on or about July 9, 2024, as an "emergency petition".

2. The remaining schedules are due to be filed by July 23, 2024.

3. Under Bankruptcy Rule 1007(c), the Debtor may obtain a further extension of the filing deadline for "cause" shown.

4. Additional information is required from the Debtor to properly complete the required statements and schedules.

5. The Debtor requests additional time to properly comply with the Bankruptcy Code to submit the required remaining documents.

   WHEREFORE, Debtor respectfully requests the entry of an ORDER extending the time for filing the required documents to August 6, 2024.

Date: July 18, 2024                              /s/ Brad J. Sadek
                                                 Brad J. Sadek, Esquire
                                                 Attorney for Debtor
                                                 1500 JFK Boulevard, Suite 220
                                                 Philadelphia, PA 19102